BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:15-MC-00111-MCE-DAD |
|---|---|
| Plaintiff, | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| v. | |
| APPROXIMATELY $22,769.00 IN U.S. CURRENCY, | |
| Defendant. | |

It is hereby stipulated by and between the United States of America and potential claimant Huey Kiet Nguyen ("claimant"), by and through their respective counsel, as follows:

1.	On or about July 20, 2015, claimant filed a claim in the administrative forfeiture proceeding with the Drug Enforcement Administration with respect to the Approximately $22,769.00 in U.S. Currency (hereafter "defendant currency"), which was seized on or about April 15, 2015.

2.	The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3.	Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant

1

currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline was October 16, 2015.

4.      By Stipulation and Order filed October 13, 2015, the parties stipulated to extend to December 15, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5.      As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to February 12, 2016, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6.      Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to February 12, 2016.

Dated: 12/11/15                                         BENJAMIN B. WAGNER
                                                        United States Attorney

                                                  By:   /s/ Kevin C. Khasigian
                                                        KEVIN C. KHASIGIAN
                                                        Assistant U.S. Attorney

Dated: 12/10/15                                         /s/ Victor S. Haltom
                                                        VICTOR S. HALTOM
                                                        Attorney for claimant Huey Kiet Nguyen

                                                        (Authorized by email)

**IT IS SO ORDERED**.
Dated:  December 15, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT